An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IAN ARMESE WOODS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63296

**FILED**

JUN 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to extend copywork. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to extend copywork, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-18500

cc: Hon. Jessie Elizabeth Walsh, District Judge
Ian Armese Woods
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2